UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOLEON PANAGOPOULOS,<br><br>    Plaintiff<br><br>v.<br><br>GENUINE FOOD LAB, LLC and<br>JEFFREY MILLS,<br><br>    Defendants | C.A. NO.: 1:21-CV-11873-ADB |

## **STIPULATION OF DISMISSAL**

NOW COME the parties, the plaintiff, Timoleon Panagopoulos ("Plaintiff"), and the defendants, Genuine Food Lab, LLC and Jeffrey Mills ("Defendants") (collectively the "Parties"), by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a) and the terms of the settlement colloquy held by the Court (Burroughs, J.) on November 17, 2022, hereby stipulate to the dismissal of all claims and counterclaims which were or could have been raised in this matter, with prejudice.

Respectfully submitted,

TIMOLEON PANAGOPOULOS,
Plaintiff

By his attorney,

_/s/ Jonathan D. Plaut_
Jonathan D. Plaut, BBO: 638344
COHAN RASNICK PLAUT LLP
One State Street, Suite 1200
Boston, MA 02109
(617) 451-3200
jdplaut@chardonlaw.com

Date: February 24, 2023

And

Respectfully Submitted,

GENUINE FOOD LAB, LLC, AND
JEFFREY MILLS

By Their Attorneys,

*/s/ John W. Dennehy*
John W. Dennehy, P.C. BBO#658247
DENNEHY LAW
127 Main Street, Suite 1
Nashua, NH 03060
(603) 943-7633
(603) 943-7642 (Fax)
jdennehy@johnwdennehy.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon all parties or their counsel through ECF Filing to all registered users, on February 24, 2023.

*/s/ John W. Dennehy*
_____
John W. Dennehy

2